Craig K. Perry, Esq.
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
info@1stoplawfirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:14-cv-02051-JAD-NJK |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL |
| NATIONWIDE CREDIT, INC., a Foreign Corporation doing business in Nevada, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 7-1, plaintiff Kirby Spencer ("Plaintiff") hereby request a dismissal of the above-noted action as follows:

1. This is an action by Plaintiff against Defendant alleging violations of the Telephone Consumer Protection Act.

2. Plaintiff and Defendant have entered a confidential settlement agreement in which they agree to dismiss this action with prejudice.

3. Accordingly, Plaintiff hereby request a dismissed with prejudice of the above-noted action.

///

///

///

-1-

4. Plaintiff and Defendant further agree that they will each bear their own attorneys' fees and costs.

Dated: March 27, 2015.

CRAIG K. PERRY & ASSOCAITES

_____
Craig K. Perry, Esq.
Nevada State Bar No 3786
8010 West Sahara Avenue,
Suite 260
Las Vegas, Nevada 89117

*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated: _____ day of ____, 2015.

_____
UNITED STATES DISTRICT JUDGE/ UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of CRAIG K. PERRY & ASSOCIATES and that on this 30 day March, 2015, I did cause a true copy of the foregoing REQUEST FOR DISMISSAL to be placed served via CM/ECF upon the following counsel of record:

Dana Jonathon Nitz, Esq
dnitz@wrightlegal.net
Christopher S. Connell, Esq.
cconnell@wrightlegal.net
WRIGH, FINLAY & ZAK, LLP
5532 South Fort Apache Road, Suite 110
Las Vegas Nevada 89148
Attorneys for Defendant
NATIONWIDE CREDIT, INC.

By: /s/ Elizabeth [signature]
An Employee of CRAIG K. PERRY & ASSOCIATES

-3-